FILED: July 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4865
(1:12-cr-00029-CCE-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANDRE LAMONT SUITT, JR.

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Motz, Judge Agee and Senior Judge Hamilton.

    For the Court

    /s/ Patricia S. Connor, Clerk